```
             UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Stonyfield Farm, Inc.

    v.                                    Civil No. 08-cv-00488-JL

Agro-Farma, Inc.

## ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **February 18, 2009**.

The Discovery Plan (document no. 12) is approved as submitted, with the following changes:

- "DiBennedetto" disclosure deadline - **May 5, 2009**

Based on the discussions between the court and counsel/parties at the conference, the following are **stricken** without prejudice to being reinstated on request if warranted by the evidence:

- the following affirmative defenses: unclean hands (part of ¶ 69 of the Amended Answer).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  February 18, 2009
cc:  Peter S. Cowan, Esq.
     Robert J. Fluskey, Jr., Esq.
     Kevin M. Kearney, Esq.
     Thomas J. Donovan, Esq.