UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Stonyfield Farm, Inc.</u>

    v.                          Civil No. 08-cv-488-JL

<u>Agro-Farma, Inc.</u>

**ORDER OF RECUSAL**

Because Arnold Rosenblatt, who entered an appearance on behalf of Schreiber Foods, Inc. on November 3rd, is on my recusal list, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

                                              /s/ Joe Laplante
                                              Joseph N. Laplante
                                              United States District Judge

Dated: November 4, 2009

cc:  Peter S. Cowan, Esq.
     Kevin M. Kearney, Esq.
     Robert J. Fluskey, Jr., Esq.
     Thomas J. Donovan, Esq.
     Arnold Rosenblatt, Esq.