```
               UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

Stonyfield Farm, Inc.

    v.

Agro-Farma, Inc.                         Civil No. 08-cv-488-JD

    v.

Schreiber Foods, Inc.


<u>O R D E R</u>

The parties have filed a joint motion to extend the deadline for filing objections to exhibits, motions in limine, jury instructions, voir dire, and proposed findings of fact and conclusions of law from February 22, 2011, to March 8, 2011.  In support, they represent that they need more time to prepare their objections and possibly to resolve some of the objections.

The final pretrial conference will be held on February 24, 2011, and trial is scheduled to begin on March 29, 2011.  The extension of the deadline proposed by the parties is beyond the date of the final pretrial conference.  Under these circumstances, it is the court's opinion that the current deadline, February 22, 2011, should be maintained.

In addition, the court expects the parties to keep their pretrial filings and objections concise and to the point.  During past motion practice, the parties have overused surreplies, which

practice has drawn out the resolution of some of the issues in this case. Given the time constraints going forward, the court will not entertain motions for leave to file surreplies for pretrial filings.

As discussed in the telephone conference on December 2, 2010, the court expects the parties to mediate following issuance of the orders on the motions for summary judgment.

## Conclusion

For the foregoing reasons, the parties' joint motion to extend the deadline for pretrial filings (document no. 220) is denied.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

February 8, 2011

cc: Jessica L. Copeland, Esquire
    Peter S. Cowan, Esquire
    Ryan K. Cummings, Esquire
    Thomas J. Donovan, Esquire
    Robert J. Fluskey, Jr., Esquire
    Edward A. Haffer, Esquire
    Kevin M. Kearney, Esquire
    Arnold Rosenblatt, Esquire
    Robert A. Stein, Esquire