```
           UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>Stonyfield Farm, Inc.</u>

    v.

<u>Agro-Farma, Inc.</u>        Civil No. 08-cv-488-JD

    v.

<u>Schreiber Foods, Inc.</u>

<u>O R D E R</u>

The court commends the parties and counsel on their efforts in reaching a non-trial resolution of this case.

SO ORDERED.

                                  <u>*/s/ Joseph A. DiClerico*</u>
                                  Joseph A. DiClerico, Jr.
                                  United States District Judge

February 28, 2011

cc: